**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dennis E. Mentzos, Civil No. 02-384 (MJD/AJB)

Plaintiff,

v.

**ORDER TO TAKE ACTION ON MOTION TO DISMISS**

Rick Harry, et al.,

Defendants.

This matter is before the Court, Magistrate Arthur J. Boylan, on defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6), filed April 9, 2002. Plaintiff is a pro se prisoner whose complaint alleges violation of civil rights under 42 U.S.C. §1983. Defendants assert that plaintiff's suit is barred by the Eleventh Amendment and that the claims are legally insufficient on their face. Noah A. Cashman, Esq., Assistant Attorney General, represents the defendants.

**IT IS HEREBY ORDERED THAT** plaintiff shall have until May 15, 2002, to submit a memorandum response to defendants' motion to dismiss. Plaintiff's responsive memorandum must be filed with the Court and served upon defendants before May 15, 2002, at which time the motion will be considered fully briefed and ready for determination. Failure to provide a timely written response addressing each of the bases for dismissal will result in consideration of the motion without argument from the plaintiff.

Dated: April 18, 2002

Arthur J. Boylan
United States Magistrate Judge

FILED APR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK