UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Dennis E. Mentzos,

Plaintiff,

v.

Debbie James,

Defendant

Civil No. 02-384 MJD/AJB

**PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Defendant shall answer or otherwise respond to the remaining claims in this matter by March 7, 2003.

2. The period during which the parties may conduct discovery shall terminate on May 1, 2003. Disputes with regard to discovery shall be called immediately to the court's attention by the making of an appropriate motion, and shall not be relied upon by any party as a justification for not adhering to this pretrial schedule;

3. All other nondispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served prior to May 1, 2003. All nondispositive motions shall be filed and served in compliance with Local Rule 7.1(a). No discovery motion shall be considered unless the moving party files with the motion the statement required by Local



FILED FEB 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Rule 37.1 and complies with the requirements of Local Rule 37.2. All nondispositive motions will be considered on the papers submitted without a hearing unless the court determines there is a specific need to hold such a hearing;

4. All dispositive motions shall be filed and served prior to June 1, 2003. All dispositive motions shall be filed and served in compliance with Local Rule 7.1(b). Dispositive motions will be considered on the papers without oral argument unless the court determines there is a specific need to hold such a hearing;

5. This case shall be considered ready for trial on and after July 1, 2003, or upon resolution of any dispositive motions.

Dated: 2/14/03

ARTHUR J. BOYLAN
United States Magistrate Judge