**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DENNIS E. MENTZOS, II,
Plaintiff,

v.

**ORDER**
Civ. No. 02-384(MJD/AJB)

RICK HARRY,
ANITA SCHLANK,
DEBBIE JAMES and
DEBORAH KONIESKA,
Defendants.

---

The above-entitled matter comes before the Court upon the Objection in Part of the Petitioner to the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated January 3, 2003.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated January 3, 2003.

IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss, (Docket no. 5), is GRANTED IN PART AND DENIED IN PART;
2. All of Plaintiff's claims against Defendants Rick Harry, Anita Schlank and Deborah Konieska are DISMISSED WITH PREJUDICE;
3. Plaintiff's claims against Defendant Deborah James based on alleged interference with Plaintiff's legal telephone calls is DISMISSED WITH PREJUDICE; and

FILED 2-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

4. Plaintiff's claims against Defendant Deborah James based on the alleged withholding and destruction of Plaintiff's mail is not dismissed at this time.

Dated: 2-11, 2003

Judge Michael J. Davis
United States District Court