ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dennis E. Mentzos, II

Civil File No. 02-384 (MJD/AJB)

Plaintiff,

vs.

**ORDER**

Debbie James,

Defendant.

The above-entitled matter was submitted to this Court on Defendant's Motion to Extend Time to Answer.

After careful consideration of this matter and based upon all files, records, documents, and exhibits and proceedings herein, the Court makes the following Order:

1. Defendant's Motion to Extend Time to File Dispositive Motion is granted.

2. Defendant's Answer or responsive pleading shall be served by June 23, 2003.

3. Plaintiff shall file his response to Defendant's Dispositive Motion by July 14, 2003.

Dated: June 13, 2003

BY THE COURT

THE HONORABLE ARTHUR J. BOYLAN
United States Magistrate Judge

AG: #868379-v1

FILED JUN 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______