**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dennis E. Mentzos, Civil No. 02-384 MJD/AJB

Plaintiff,

v. **ORDER ON OBJECTIONS AND REQUEST FOR DEFAULT**

Debbie James,

Defendant

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's objection to the request for an extension of time to file a dispositive motion. Plaintiff further requests entry of default judgment based upon defendant's failure to timely file a motion for summary judgment.

By order dated June 13, 2003, the defendant was granted additional time to file a motion for summary and the motion was in fact filed on June 24, 2003. Plaintiff's objection is therefore **moot** and is overruled. Furthermore, plaintiff has shown no prejudice with respect to the extension of time for submitting motion documents and has been given until **July 14, 2003**, to file a response to the motion for summary judgment. This is essentially plaintiff's opportunity to reply to defendant's answer and to fully respond to arguments asserted in the motion.

With respect to plaintiff's request for default judgment, the request is based upon the incorrect claim that the defendant has not answered the complaint. Defendant James has answered the complaint[1] and plaintiff has clearly acknowledged service of the answer through

[1] [Docket No. 17]. Answer filed March 4, 2003.



FILED JUN 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

request to reply to such answer. The request for default judgment is therefore **denied**. The Court also finds that the previous dispositive motion in this case was a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6); there have been no prior motions for summary judgment pursuant to Fed. R. Civ. P. 56; and that the present motion for summary judgment may be helpful to the Court in determining whether there is any genuine issue of material fact, Fed. R. Civ. P. 56(c), and, if trial is necessary, what material facts, if any, are actually and in good faith controverted. Fed. R. Civ. P. 56(d).

Dated: June 26, 2003

ARTHUR J. BOYLAN
United States Magistrate Judge