UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENNIS E. MENTZOS, II,

Plaintiff,

v.

DEBBIE JAMES,

Defendant.

Civil No. 02-384 MJD/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 22, 2003, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Defendant James's motion for summary judgment, (Docket Nos. 26 and 27), is GRANTED; and

2. This action is DISMISSED WITH PREJUDICE.

DATED: 10/16, 2003.

Michael J. Davis
Judge Michael J. Davis
U. S. District Court

OCT 17 2003
CLERK