AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Dennis E. Mentzos, II

V.

Debbie James

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-384 MJD/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant James's motion for summary judgment, is GRANTED; and 2. This action is DISMISSED WITH PREJUDICE.

October 17, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Rena J. Lexvold, Deputy Clerk

Modified:03/10/03